PER 18 U.S.C. 3170

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [ ] INFORMATION  [✔] INDICTMENT

CASE NO. 2:20-cr-126

Matter Sealed: [ ] Juvenile  [ ] Other than Juvenile
[ ] Pre-Indictment Plea  [ ] Superseding Indictment/Information  [ ] Defendant Added  [ ] Charges/Counts Added

USA vs.
Defendant: TYREE WALKER

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
Las Vegas
Divisional Office

Address:

Name and Office of Person Furnishing Information on THIS FORM: Ellenrose Jarmolowich
[ ] U.S. Atty  [ ] Other U.S. Agency
Phone No. (702) 388-6336

Name of Asst. U.S. Attorney (if assigned): STEPHANIE IHLER

[ ] Interpreter Required   Dialect: _____

Birth Date: _____
[✔] Male  [ ] Female
[ ] Alien (if applicable)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Jeff Nardiallo ~ ATF

Social Security Number _____

[ ] person is awaiting trial in another Federal or State Court (give name of court)

[ ] this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. Atty  [ ] Defense

[ ] this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

[ ] prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO. 2:20-mj-464-BNW

Place of offense _____ County _____

### DEFENDANT

Issue: [ ] Warrant  [✔] Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____
[ ] Currently in Federal Custody
[ ] Currently in State Custody
   [ ] Writ Required
[ ] Currently on bond
[ ] Fugitive

Defense Counsel (if any): _____
[ ] FPD  [ ] CJA  [ ] RET'D
[ ] Appointed on Target Letter

[✔] This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 4

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
|  | 18 U.S.C. § 844(n) | Conspiracy to Commit Arson | 1 |
|  | 18 U.S.C. §§ 844(i) and 2 | Arson | 2 |
|  | 18 U.S.C. § 844(n) | Conspiracy to Commit Arson | 3 |
|  | 18 U.S.C. §§ 844(f)(1) and 2 | Arson | 4 |

Submit | Go