NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
LISA CARTIER GIROUX
Nevada State Bar Number 14040
STEPHANIE IHLER
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Lisa.Cartier-Giroux@usdoj.gov
Stephanie.Ihler@usdoj.gov

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00126-APG-VCF |
| Plaintiff, | |
| v. | Stipulation to Continue Trial Date (First Request) |
| TYREE WALKER, DEVARIAN HAYNES, and RICARDO DENSMORE, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between, Nicholas A. Trutanich, United States Attorney, District of Nevada, Stephanie Ihler, Assistant United States Attorney, representing the United States of America, and Christopher Mishler, counsel for defendant Devarian Haynes, Erin Gettel, counsel for defendant Tyree Walker, and Ivette Maningo, counsel for defendant Ricardo Densmore, that the video/telephonic calendar call currently scheduled for August 18, 2020 at 8:45 a.m., and the trial scheduled for August 24, 2020 at 9:00 a.m., be vacated and continued sixty (60) days, or to a date and time to be set by this Honorable Court.

This Stipulation is entered into for the following reasons:

1. The failure to grant this continuance would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The defendants are not incarcerated and do not oppose the continuance.

3. Counsel for the defendants will need additional time to conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or be resolved through negotiations.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendants sufficient time to investigate the case and prepare a defense for trial.

5. A denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interests of the public and the defendants in a speedy trial.

6. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B)(i) and 3161(h)(B)(iv).

This is the first stipulation to continue filed herein.

DATED this 29th day of July, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Erin M. Gettel*<br>By_____<br>ERIN M. GETTEL<br>Assistant Federal Public Defender<br>Counsel for Tyree Walker | */s/ Stephanie Ihler*<br>By_____<br>STEPHANIE IHLER<br>Assistant United States Attorney |
| */s/ Christopher Mishler*<br>By_____<br>CHRISTOPHER MISHLER<br>Counsel for Devarian Haynes | */s/ Ivette A. Maningo*<br>By_____<br>IVETTE A. MANINGO<br>Counsel for Ricardo Densmore |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYREE WALKER,<br>DEVARIAN HAYNES, and<br>RICARDO DENSMORE,<br><br>Defendants. | Case No. 2:20-cr-00126-APG-VCF<br><br>**ORDER GRANTING STIPULATION TO CONTINUE TRIAL DATE** |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel for the government and defendants, and good cause appearing therefore, the Court finds that:

1. The failure to grant this continuance would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The defendants are not incarcerated and do not oppose the continuance.

3. Counsel for the defendants will need additional time to conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or be resolved through negotiations.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendants sufficient time to investigate the case and prepare a defense for trial.

5. A denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interests of the public and the defendants in a speedy trial.

6. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B)(i) and 3161(h)(B)(iv).

This is the first stipulation to continue filed herein.

## CONCLUSIONS OF LAW

1. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny counsel for the defendant herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

2. The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

## ORDER

IT IS THEREFORE ORDERED that the parties shall have to and including __Friday, October 16, 2020__, within which to file any and all pre-trial motions and notice of defense.

IT IS FURTHER ORDERED that the parties herein shall have to and including __Friday, October 30, 2020__, within which to file any and all responsive pleadings.

IT IS FURTHER ORDERED that the parties herein shall have to and including __Friday, November 6, 2020__, within which to file any and all replies to dispositive motions.

2

IT IS FURTHER ORDERED that the Calendar Call currently scheduled for August 18, 2020 at 8:45 a.m. be vacated and continued to December 8, 2020 at 8:45 a.m. and the Trial currently scheduled for August 24, 2020 at 9:00 a.m. be vacated and continued to December 14, 2020 at 9:00 a.m. in Las Vegas Courtroom 6C.

DATED this 30th day of July, 2020.

_____
HONORABLE ANDREW P. GORDON
United States District Court Judge