Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | Case No. 2:20-cr-00126-APG-VCF |
| Plaintiff, | **Third Stipulation to Continue Motion Deadlines and Trial Dates** |
| v. | |
| Tyree Walker, et al., | |
| Defendants. | |

The parties jointly request that this Court vacate the calendar call and trial dates currently scheduled for April 27th and May 3rd of 2021 and continue them for at least 120 days.  The parties also request until June 14, 2021, to file pretrial motions and notices of defenses under LCR 12-1(b).

The parties enter this stipulation because:

1.     Defense counsel need additional time to review the discovery provided, conduct additional investigation, and research any pretrial issues.

2.     The defendants are on bond and agree to the continuance.

3.     The parties agree to the continuance.

4.      The additional time is to allow defense counsel sufficient time to investigate and litigate any necessary pretrial issues and to prepare for trial if this case cannot be resolved through negotiations.

5.      Additionally, denial of this request for continuance could result in a miscarriage of justice.  The additional time requested is excludable in computing the time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), based on the factors under § 3161(h)(7)(B)(i), (iv).

DATED: February 19, 2021.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
| */s/ Erin Gettel*<br>By_____ | */s/ Stephanie Ihler*<br>By_____ |
| Erin Gettel<br>Assistant Federal Public Defender<br>Attorney for Tyree Walker | Stephanie Ihler<br>Assistant United States Attorney |

*/s/ Christopher Mishler*
By_____

Christopher Mishler
Attorney for Devarian Haynes

*/s/ Ivette A. Maningo*
By_____

Ivette A. Maningo
Attorney for Ricardo Densmore

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | Case No. 2:20-cr-00126-APG-VCF |
|      Plaintiff, | **Order Granting Third Stipulation to Continue Motion Deadlines and Trial Dates** |
|      v. | |
| Tyree Walker, et al., | |
|      Defendants. | |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the calendar call and trial dates for at least 120 days. The additional time is to allow defense counsel sufficient time to prepare for trial in the event this case cannot be resolved short of trial and to investigate and litigate any necessary pretrial issues. The defendants are on bond and agree to the continuance. Additionally, denial of the continuance could result in a miscarriage of justice. The additional time is excludable in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), based on the factors outlined in §3161(h)(7)(B)(i), (iv).

IT IS THEREFORE ORDERED that trial briefs, proposed voir dire questions, proposed jury instructions, and a list of the government's prospective witnesses must be electronically submitted to the Court by the 21st day of September, 2021, by the hour of 12:00 p.m.

IT IS FURTHER ORDERED that the parties will have until June 14, 2021, to file pretrial motions and notices of defenses under LCR 12-1(b). Responses and replies will be due within 14 and 7 days of service of the motion or response, respectively. LCR 12-1(2)–(3).

1       IT IS FURTHER ORDERED that the calendar call currently scheduled for April 27,

2    2021, at 8:45 a.m., is vacated and continued to <u>September 21, 2021</u> at <u>8:45 a.m.</u>; and the

3    trial scheduled for May 3, 2021, at 9:00 a.m., is vacated and continued to <u>September 27,</u>

4    <u>2021</u> at <u>9:00 a.m</u>. in LV Courtroom 6C.

5       DATED: February <u>19</u>, 2021.

6

7                   _____

8                   Andrew P. Gordon
                     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26