RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LARONDA MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Tyree Walker

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TYREE WALKER,<br><br>　　　　Defendant. | Case No. 2:20-cr-00126-APG-VCF-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Lisa Cartier-Giroux, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda Martin, Assistant Federal Public Defender, counsel for Tyree Walker, that the Revocation Hearing currently scheduled on May 3, 2022, be vacated and continued to May 25, 2022.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　Counsel for the defendant need additional time to conduct an investigation into this case and prepare the defendant for the final revocation hearing.

　　　2.　　The defendant is in custody and agrees with the need for the continuance.

　　　3.　　The parties agree to the continuance.

1  This is the first request for a continuance of the revocation hearing.

2  DATED this 2nd day of May, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ *LaRonda Martin*<br>LARONDA MARTIN<br>Assistant Federal Public Defender | By /s/ *Lisa Cartier-Giroux*<br>LISA CARTIER-GIROUX<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYREE WALKER,<br><br>Defendant. | Case No. 2:20-cr-00126-APG-VCF-1<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, May 3, 2022 at 2:00 p.m., be vacated and continued to May 25, 2022, at the hour of 1:30 p.m. in LV Courtroom 6C; or to a time and date convenient to the court.

    DATED this 3rd day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE

3