Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Raquel Lazo
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89109
(702)388-6577
Raquel_Lazo@fd.org

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

United States of America,

     Plaintiff,

    v.

Tyree Walker,

     Defendant.

Case No. 2:20-cr-00126-APG-VCF

**ORDER Granting the Unopposed Motion to Modify Conditions of Pretrial Release**

Section 3142(c)(3) of Title 18 of the United States Code gives courts authority to amend or impose additional or different conditions of release at any time after consideration of the release factors under the Bail Reform Act.  Tyree Walker has been on pretrial release for over a year.  On May 19, 2022, he admitted to violating his release conditions after having used marijuana in April. He was admonished and released after serving approximately three weeks in custody.

Since his release approximately two months ago, Walker has been fully compliant. He has appeared as scheduled for all drug tests and all tests have been negative. He has stayed in regular communication with his pretrial services officer and defense counsel. His sentencing hearing is scheduled for August 18,

2022. Walker requests that his drug testing condition (condition #43) be removed as no longer necessary. Neither the government nor Walker's pretrial release officer, Angela Loveless, oppose this request.

DATED: July 18, 2022.

Rene L. Valladares
Federal Public Defender

By: _/s/ Raquel Lazo_____

Raquel Lazo
Assistant Federal Public Defender

IT IS SO ORDERED:

Dated:___July 19, 2022_____

_____

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2