Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
LARONDA MARTIN
Assistant Federal Public Defender
Missouri State Bar No. 42768
411 E. Bonneville Ave.
Las Vegas, Nevada 89101
(702) 388-6577
Laronda_Martin@fd.org

Attorney for Tyree Walker

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00126-APG-VCF |
| Plaintiff, | **Sentencing Memorandum** |
| v. | |
| TYREE WALKER, | |
| Defendant. | |

COMES NOW the Defendant, Tyree Walker, and submits this memorandum to support his proposed sentence. He respectfully asks that the Court to follow the plea agreement, grant a downward variance under 18 U.S.C. 3553(a), and impose a sentence of twenty-four (24) months based on: (1) Mr. Walker's personal history; (2) absence of significant criminal history; (3) low risk of re-offending; and (4) strong support of family and friends.

In light of the facts and circumstances of this case, which will be discussed at-length below, said requested sentence "adequately reflects the seriousness of the offense, affords

adequate deterrence, promotes respect for the law, provides just punishment for the offense, and protects the public."[1]

## I.     Benefit of Plea Agreement

Mr. Walker should receive the benefit of the plea agreement. Public policy favors following plea agreements because they play a central role in the criminal justice system with roughly ninety-five percent (95%) of cases resolving in guilty pleas.[2] This plea agreement was the result of extensive negotiations by the parties after each weighed the strengths and weaknesses of their case and considered the factors under 18 U.S.C. § 3553(a). As such, this Court should allow Mr. Walker the benefit of his bargain by accepting the terms of the plea agreement.

/ / /

## II.    Defense Counsel Certification

Undersigned counsel and Mr. Tyree Walker have reviewed the Presentence Investigation Report (PSR). Counsel has communicated the following position to the probation officer and Assistant United States Attorney in the form of a copy of this document.

## III.   The Sentencing Hearing

It is estimated that the sentencing hearing will take no more than one hour.

## IV.    Sentencing Factors in Dispute

### A.     Factual Corrections

There are no factual objections.

---

[1] See 18 U.S.C. § 3553(a) and (a) (2).

[2] *Class v. U.S.* 138 S.Ct. 798, 807 (2018).

2

B.     Legal Corrections

There are no legal objections.

V.     **Position as to Sentencing and Recommendations**

**A. Incarcerating Tyree Walker for more than twenty-four (24) months will not serve the interests sought to be served under 18 U.S.C. § 3553(a).**

A lengthy incarceration of Mr. Tyree Walker will not meet the goals of 18 U.S.C. § 3553 (a). Rather, to deter similar behavior in the future and promote respect for the law, Mr. Walker needs to be provided with supportive counseling and therapy to address his substance use and abuse concerns. He has accepted responsibility for his conduct and has turned away from criminal conduct and associations.

**B. Tyree Walker's conduct was aberrant.**

> *George's death wasn't like the others. It stuck. I think it was the offending officer's audacity that shook us. The nerve to murder someone in front of our eyes. It was his stubborn, unrelenting unwillingness to ease the pressure on Floyd's neck that stopped us in our tracks. His calm versus George's rising panic. It felt heartless. It was so heartless.[3]*

George Floyd's murder in Minneapolis in May 2020 sparked one of the largest racial justices protests in the United States. Other countries around the world had some of their largest Black Lives Matters protests. These protests were also inspired by the video of Floyd's brutal death in police custody on May 25, 2020. Citizens of all races perceived this as a symbol of

---

[3] *Policing's New Vulnerability Re-Envisioning Local Accountability in an Era of Global Outrage.* The British Journal of Criminology, 2022, 62 716-713 (citing) Smith, R. (2021), "*Now There is Legal Justice for George Floyd. So Why Do I still Feel so Follow?*", Vogue, April 21.

the intolerance and injustice they witness many face in their cities. When these protests were ongoing, some of the protestors used violence while others were peaceful.

Albeit Mr. Walker's chosen method of protesting started peaceful, it did not end peaceful. It was wrongful conduct. However, it may also be considered aberrant conduct. Court's define aberrant behavior as conduct that was a single spontaneous or thoughtless act that involved no planning.[4] The planning portion is judged on a case-by-case basis.[5]

On May 31, 2020, there were many people protesting in the District of Nevada. Mr. Walker says that he was with associates from the neighborhood. The protest started peaceful. As they were walking, a female randomly hollered "let's blow it up" meaning for someone to set a police vehicle on fire. Unfortunately, Mr. Walker and the others were under the influence of marijuana. Their thought processes were clearly obstructed. Mr. Walker and associates walked to a nearby gas station, obtained some gasoline, and returned to set the police vehicle on fire.

Prior to the protesting, there had been no prior planning to commit a crime. No one spent hours contemplating a method of burning or setting government vehicles on fire. This was not part of an on-going criminal enterprise to destroy government property. The burning of this police vehicle was a single spontaneous and thoughtless act conducted by those under the influence of marijuana.

---

[4] *U.S. v. Lam*, 20 F.3d 999, 1003 (9th Cir. 1994).

[5] *Id.*

4

After a post-*Miranda* interview, Tyree Walker spoke with metro police and advised that he had been influenced by the crowds at the protest and would not have committed the act on a "regular day."

Looking back on these actions, Mr. Walker, now, more than ever before, understands the importance of carefully selecting friends and associates. Almost two years to the date of the George Floyd incident, Tyree Walker wrote a letter[6] to the Court. He expressed that he realizes how serious this situation is.[7] He has taken time to reflect on the last few years of his life and focus more on reestablishing himself to become a better human being.[8]

Tyree Walker has no juvenile adjudications.[9] He has only one misdemeanor conviction.[10] He received one (1) criminal history point for the conviction. He has no arson related or violent related prior incidences or convictions. His Criminal History Category is I. Aside from the instant offense, Mr. Walker has generally lived a law-abiding life. This vehicle burning was an isolated mistake.

In determining a reasonable sentence, Mr. Walker requests the Court find his behavior in the instant case aberrant conduct.

---

[6] Exhibit 1.

[7] *Id.*

[8] *Id.*

[9] PSR ¶ 45.

[10] PSR ¶ 46.

### C. Mr. Walker was raised from humble beginnings.

Tyree Walker was born to the union of Cynthia Braud and Major Walker. Prior to this father's death in 2019, they were close. He, his mother, and his siblings remain a close-knit family. Tyree and his siblings were raised in a Christian and humble environment. Their parents taught the importance of maintaining one's faith in God. Moreover, they demonstrated good work ethics and asked their children to do the same.

His mother, Cynthia Braud, worked for Sam's Town for fifteen (15) years before finding a new position with her current employer, The Venetian. His father, Major Walker, was employed as a construction truck driver until his retirement. Tyree Walker has five siblings, and all are currently employed. Like his family, Mr. Walker is no stranger to hard work. He has been employed throughout most of his adult life. As a young person, he enrolled in plastering, scaffolding set-up, and demolition construction classes while attending Sierra Nevada Job Corps. As an adult, he has worked as a cashier, dishwasher, delivery driver, sanitation worker, and general laborer. Mr. Walker has skills and will be able to utilize these skills upon his release from the Bureau of Prisons to find future employment.

Tyree Walker will have the support of his family while in the Bureau of Prison and upon his return to his community. His family believes in his potential.

## VI. Recidivism is Lower When Lengths of Incarceration and Supervised Release Are Low.

The United States Sentencing Commission studied recidivism shortly after the enactment of the Sentencing Reform Act of 1984 (SRA).[11] They found that recidivism

---

[11] Recidivism Among Federal Offenders: A Comprehensive Overview. United States Sentencing Commission. March 2016.

6

information is central to three primary purposes of punishment.[12]  These three purposes (specific deterrence, incapacitation, and rehabilitation) focus on the prevention of future crimes through correctional intervention.[13]

One area specifically covered in the study dealt with recidivism and the sentences imposed.  Offenders with shorter lengths of imprisonment had lower recidivism rates.[14]  The highest recidivism rates were found among offenders with longer sentences.[15]

Long periods of incarceration are not deterrents.  Twenty-four (24) months is a reasonable period of incarceration.  Incarceration of Tyree Walker over a longer period is not a meaningful deterrent.

The National Institute of Justice also lists various things to consider about deterrence:

> a.  Sending an offender to prison isn't a very effective way to deter crime.  Prisons are good for punishing criminals and keeping them off the street, but prison sentences are unlikely to deter future crimes.  Prisons may have the opposite effect. Inmates learn more effective crime strategies from each other, and time spent in prison may desensitize many to the threat of future imprisonment.[16]
>
> b.  Increasing the severity of punishment does little to deter crime.

---

[12] *Id.*

[13]. *Id.*

[14]. *Id.*

[15] Recidivism Among Federal Offenders: A Comprehensive Overview.  United States Sentencing Commission. March 2016.

[16] *Five Things About Deterrence.* National Institute of Justice. Strengthen Science. Advance Justice. July 2014.

> Laws and policies designed to deter crime are ineffective partly because criminals know little about the sanctions for specific crimes.[17]

c. The certainty of being caught is a more powerful deterrent than punishment. Research shows that if criminals think there's only a slim chance they will get caught, the severity of punishment is an ineffective deterrent to crime.[18]

## VII. Conclusion

In fashioning an appropriate sentence for Mr. Walker, the Court should take note of several additional factors. First, Mr. Walker has never been to prison and he will definitely be going to the Bureau of Prisons (BOP). [This] prison term will mean more to him than to a defendant previously imprisoned.[19] The next twenty-four (24) months spent in the BOP will be the longest period Tyree Walker has ever spent in custody or away from his mom, siblings, family, and friends. He will likely feel a significant loss once separated from his family. Tyree Walker will become intimately familiar with the deprivations of liberty and freedom that accompany such incarceration. This spent caged will likely have a tremendous effect on him and he will be more humbled by this experience with the law and the prison system.

Tyree Walker's federal conviction will result in a lifetime stain on his record. This crime was conduct that was a single criminal occurrence that was committed without

---

[17] *Id.*

[18] *Id.*

[19] *U.S. Baker*, 445 F.3d 987, 992 (7th Cir. 2006).

significant planning, was of limited duration, and represented a marked deviation by Mr. Walker from an otherwise law-abiding life. The likelihood that Tyree Walker will *ever* run afoul of the law again is slim. He made a serious error in judgement and respectfully requests the opportunity to atone for his mistake.

**WHEREFORE,** Tyree Walker prays this Court will consider his personal history, absence of significant criminal history, low risk of re-offending, the circumstances of his involvement, and strong support of family and friends, and the purposes of 18 U.S.C.§ 3553(a) in determining a reasonable sentence. A sentence of twenty-four (24) months is reasonable and said sentence "adequately reflects the seriousness of the offense, affords adequate deterrence, promotes respect for the law, provides just punishment for the offense, and protects the public.[20]

DATED this 11th day of August, 2022.

          **RESPECTFULLY SUBMITTED,**

          **RENE L. VALLADARES**
          **Federal Public Defender**

By:   */s/ LaRonda Martin*
     LARONDA MARTIN
     Assistant Federal Public Defender
     Attorney for Tyree Walker

---

[20] See 18 U.S.C. § 3553(a) and (a) (2).

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on August 11, 2022, he served an electronic copy of the above and foregoing **Tyree Walker's Sentencing Memorandum** by electronic service (ECF) to the person named below:

>JASON M. FRIERSON
>United States Attorney
>LISA CARTIER-GIROUX
>Assistant United States Attorney
>501 Las Vegas Boulevard, South
>Suite 1100
>Las Vegas, Nevada   89101

>>*/s/ Marcus Walker*
>>Employee of the Federal Public Defender