# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

## United States District Court
## for
## the District of Nevada

## PETITION FOR SUMMONS
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Tyree Walker**

Case Number:  **2:20CR00126**

Name of Sentencing Judicial Officer: **Honorable Andrew P. Gordon**

Date of Original Sentence: **August 18, 2022**

Original Offense: **Civil Disorder**

Original Sentence: **24 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **December 6, 2024**

Name of Assigned Judicial Officer: **Honorable Andrew P. Gordon**

## PETITIONING THE COURT

☒ To issue a summons:

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Do Not Commit Another Crime** - **You must not commit another federal, state or local crime. (Mandatory)**

   On or about April 20, 2025, Walker committed the offense Possess  Schedule  I  or  II Controlled Substance Less Than 14 Grams, First or Second Offense, a felony, in violation of Nevada Revised Code 453.336.2A in Las Vegas Justice Court case 25-PC-033655.

   Walker was in possession of .5 grams of methamphetamine while walking on Las Vegas Boulevard. Las Vegas Metropolitan Police Department (LVMPD) officers took Walker into custody and transported him to Clark County Detention Center (CCDC). Walker was

**RE: Tyree Walker**

Prob12C
D/NV Form
Rev. March 2017

released from custody on April 21, 2025, and his next court date is scheduled for May 29, 2025, at 8:30 AM.

2. **Do Not Unlawfully Possess Controlled Substance** - **You must not unlawfully possess a controlled substance. (Mandatory)**

According to Allegation #1, on April 20, 2025, Walker was in possession of .5 grams of methamphetamine. On April 22, 2025, Walker admitted to the undesigned officer that he was in possession of methamphetamine at the time of his arrest on April 20, 2025.

3. **Restitution- You must make restitution in accordance with 18 U.S.C. §§ 3663 or 3663A or any other statute authorizing a sentence of restitution. (Mandatory)**

Walker was ordered to pay a $100.00 special assessment fee as well as $ 12,762.50 in restitution which is joint and several. Walker satisfied his $100 special assessment on May 13, 2024. Walker has made no payments towards his restitution order. Walker's current restitution balance is $12,118.22, with his last payment of $25 being made on May 13, 2024. Walker has remained unemployed since commencing supervision on December 6, 2024.

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **April 22, 2025**

Digitally signed
by Nickie Pipilakis
Date: 2025.04.22
15:00:50 -07'00'

Nickie Pipilakis
United States Probation Officer

**RE: Tyree Walker**

Prob12C
D/NV Form
Rev. March 2017

Approved:

Digitally signed by
Donnette Johnson
Date: 2025.04.22 14:51:50
-07'00'

_____
Donnette Johnson
Supervisory United States Probation Officer

## *THE COURT ORDERS*

- ☐   No Action.
- ☐   The issuance of a warrant.
- ☑   The issuance of a summons.
- ☐   Other:

_____
Signature of Judicial Officer

April 23, 2025
_____
Date

**RE: Tyree Walker**

Prob12C
D/NV Form
Rev. March 2017

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA**
**UNITED STATES V. TYREE WALKER,  2:20CR00126**

**SUMMARY IN SUPPORT OF PETITION FOR SUMMONS**
**April 22, 2025**

On August 18, 2022, Tyree Walker was sentenced by Your Honor to 24 months custody followed by three years of supervised release for committing the offense of Civil Disorder. On December 6, 2024, Walker commenced supervised release in the District of Nevada.

At his sentencing, Walker was ordered to pay a $100.00 special assessment fee as well as $12,762.50 in restitution which is joint and several. Walker satisfied his $100 special assessment on May 13, 2024. Walker has made no payments towards his restitution order. Walker's current restitution balance is $12,118.22, with his last payment of $25 being made on May 13, 2024.

Walker has remained unemployed since commencing supervision on December 6, 2024. He recently completed the Foundation for an Independent Tomorrow (FIT) Stages of Employment: Job Readiness course. He plans on enrolling in either the Forklift certification or Commercial Driver's License (CDL) course at the FIT program. Walker has also been enrolled in weekly outpatient substance abuse counseling at the treatment provider Westcare and all his drug tests have been negative for illicit substances.

On or about April 20, 2025, Walker committed the offense Possess Schedule I or II Controlled Substance Less Than 14 Grams, First or Second Offense, a felony, in violation of Nevada Revised Code 453.336.2A in Las Vegas Justice Court case 25-PC-033655.

According to Las Vegas Metropolitan Police Department (LVMPD) Arrest Report for Event Number LLV250400072615, at approximately 2037 hours LVMPD patrol officers were observing the crowd near 3655 South Las Vegas Boulevard in Las Vegas, Nevada. Officers observed two subjects walking on the crowd that showed signs of being intoxicated with felony narcotics. Both subjects displayed deceptive behaviors towards officers and were causing a disturbance to the normal flow of traffic by scaring people walking in the opposite direction. The two individuals were identified as Tyree Walker and Jacob Allie.

Walker gave verbal consent for LVMPD officers to search his pockets. While searching Walker's right coin pocket, the officer found a clear white crystal substance inside a white bag which was later identified as methamphetamine. Walker was in possession of .5 grams of methamphetamine and LVMPD officers took Walker into custody and transported him to Clark County Detention Center (CCDC) where he was booked accordingly. Walker was released from custody on April 21, 2025, and his next court date is scheduled for May 29, 2025, at 8:30 AM.

Walker immediately telephonically contacted the undersigned officer and was directed to report to the probation office the following morning of April 22, 2025.

**RE: Tyree Walker**

Prob12C
D/NV Form
Rev. March 2017

On April 22, 2025, Walker reported to the undersigned officer at the probation department to discuss the incident further and disclosed all of information that matched the police report. Walker admitted that he was drinking alcohol with his friend on the strip and that he was in possession of methamphetamine. He stated the methamphetamine was for personal use, but he had not used it yet. Walker was administered a drug test during the office visit which yielded negative results for illicit substances.

Walker is a criminal history category I with a criminal history score one. He has a conviction for Petty Larceny (misdemeanor) and a past arrest for False Statement to/Obstruct Public Officer (misdemeanor). While in the residential reentry center (RRC) during the prerelease phase, Walker was returned to Bureau of Prison's (BOP) custody on October 11, 2024, due to drug use in the facility. Walker is no longer allowed to return to the RRC due to this, which caused some issues regarding housing when he commenced supervision.

Pursuant to 18 U.S.C. § 3583(g)(1) revocation is mandatory for possession of a controlled substance in violation of the condition set forth in subsection (d). Walker has now accrued a new felony law violation with possession of a controlled substance. For all reasons stated, the probation office recommends the issuance of a summons for Walker to appear before Your Honor to show cause why supervision should not be revoked.

Respectfully submitted,

Digitally signed by
Nickie Pipilakis
Date: 2025.04.22
15:01:20 -07'00'

Nickie Pipilakis
United States Probation Officer

Approved:

Digitally signed by
Donnette Johnson
Date: 2025.04.22 14:52:17
-07'00'

Donnette Johnson
Supervisory United States Probation Officer