RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LARONDA MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Tyree Walker

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TYREE WALKER,<br><br>　　　　　　Defendant. | Case No. 2:20-cr-00126-APG-VCF<br><br>**STIPULATION TO CONTINUE FINAL SUPERVISED RELEASE REVOCATION HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda Martin, Assistant Federal Public Defender, counsel for Tyree Walker, that the Revocation Hearing currently scheduled on May 19, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than forty five (45) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　A Petition for Summons for Offender Under Supervision was filed on April 23, 2025.[1]

---

[1] ECF 227.

2. The Petition alleged that Mr. Walker committed another state crime, unlawfully possessed a controlled substance, and failed to make restitution.[2]

3. Mr. Walker has a scheduled court date in the Las Vegas Justice Court Case on May 29, 2025 at 8:30 a.m.[3]

4. Counsel for the defendant needs additional time to conduct an investigation into the violations alleged in the petition and the state court matter. Counsel must determine whether there are any issues that must be litigated and whether the violations and state charges will ultimately be contested or be resolved through negotiations.

5. The defendant is out of custody and agrees with the need for the continuance.

6. The parties agree to the continuance.

7. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to effectively and completely investigate the allegations in the Petition.

This is the first request for a continuance of the revocation hearing.

DATED this 13th day of May, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By /s/ LaRonda Martin<br>LARONDA MARTIN<br>Assistant Federal Public Defender | By /s/ Robert Knief<br>ROBERT KNIEF<br>Assistant United States Attorney |

---

[2] ECF 227.
[3] *Id.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYREE WALKER,<br><br>Defendant. | Case No. 2:20-cr-00126-APG-VCF<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for May 19, 2025 at 10:30 a.m., be vacated and continued to July 8, 2025 at the hour of 11:00 a.m. in Courtroom 6C.

    DATED this 14th day of May, 2025.

_____
CHIEF UNITED STATES DISTRICT JUDGE

3