AO 245D (Rev. 09/20)  Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
District of Nevada

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| Tyree Walker | Case No.  2:20-cr-00126-APG-VCF-1 |
| | USM No.  56263-048 |
| | LaRonda R. Martin |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   (see below)   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Petition ECF No. [226]/[227] | 3. Restitution (Mandatory) | 05/13/2024 |
| Addendum ECF No. [241] | 4a. Substance Abuse Treatment (Special) | 05/12/2025 |
| Addendum ECF No. [248] | 4b. Substance Abuse treatment (Special) | 05/30/2025 |
| | 5. Live at Approved Place (Standard) | 06/09/2025 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s)  all remaining  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  1401

Defendant's Year of Birth:  1997

City and State of Defendant's Residence:
Nevada

07/08/2025
Date of Imposition of Judgment

[signature]
Signature of Judge

ANDREW P. GORDON, CHIEF U.S. DISTRICT JUDGE
Name and Title of Judge

July 8, 2025
Date

Judgment — Page 2 of 2

DEFENDANT: Tyree Walker
CASE NUMBER: 2:20-cr-00126-APG-VCF-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
90 days. No supervision to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

Based on the proximity of family,
1. Nevada Southern Detention Center (Pahrump, NV) – CCA,
2. FCI Terminal Island, or
3. FCI Safford.

☐ The defendant is remanded to the custody of the United States Marshal.

☑ The defendant shall surrender to the United States Marshal for this district:

☑ at  12:00   ☐ a.m.  ☑ p.m.   on  July 8, 2025 .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.


UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL